IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD R. PRZYBYLA | ) |
| | ) Civil Action No. 08-84 |
| Plaintiff, | ) |
| | ) Judge Gary L. Lancaster |
| v. | ) |
| | ) Electronically Filed |
| CANON USA, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF COURT

**AND NOW**, it is hereby **ORDERED** that the above-captioned matter is **DISMISSED, WITH PREJUDICE**, each party to bear its own fees and costs.

Date: _____          _____
                                Gary L. Lancaster, Judge